No. 91–328.   FARRELL ET AL. v. AUTOMOBILE CLUB OF MICHIGAN.   C. A. 6th Cir.   Certiorari denied.

No. 91–333.   GREGORY ET UX. v. FRONTIER MATERIALS, INC., ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 91–334.   GVOZDENOVIC ET AL. v. UNITED AIR LINES, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 91–335.   DETRO v. ROEMER, GOVERNOR OF LOUISIANA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 91–340.   BELLOWS v. ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 91–341.   ROCHNA v. ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 91–346.   TALLADEGA COUNTY BOARD OF EDUCATION ET AL. v. ELSTON ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 91–347.   WEIL ET UX., INDIVIDUALLY AND ON BEHALF OF THEIR MINOR DAUGHTER, WEIL v. BOARD OF ELEMENTARY AND SECONDARY EDUCATION ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 91–352.   GURASICH v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 91–378.   KADLEC v. DEPARTMENT OF THE ARMY.   C. A. Fed. Cir.   Certiorari denied.

No. 91–382.   RHEINSTROM, ADMINISTRATOR OF THE ESTATE OF POLLENZ, DECEASED v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 91–385.   PAUTZ v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.